ERIC H. GOLDMAN, Respondent, v. JULIUS PAULY, INC., and Another, Defendants. HUGO HOHENSTEIN, Appellant.— Order, as resettled, denying motion to vacate notice of examination of defendant Hohenstein before trial, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

JOHN GRAFF, Respondent, v. GUSTAV HARMS, JR., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

JENNIE KERN, Respondent, v. CLARK HENRY CORPORATION and BING & BING CORPORATION, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

FREDERICK KOETZLE, Respondent, v. WILLIAM KASPER and Another, Appellants, and Others, Defendants.— Order denying motion for judgment on the pleadings reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to plead over within ten days upon payment of such costs. We are of opinion that the agreement pleaded in the answer is a bar to the maintenance of this action unless non-compliance with its terms upon the part of the appellants is alleged, or allegations of fact are made tending to establish fraud in its making. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

L. A. W. ACCEPTANCE CORPORATION, Appellant, v. JESSE J. LEVINSON, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

LONG BEACH ATLANTIC BATHS, INC., Appellant, v. ANSKO REALTY CO., INC., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

BEEKMAN G. MITCHELL, Respondent, v. MARINE BASIN COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

PROPERTY HOLDERS' REALTY COMPANY, Respondent, v. THE OLLAND DEVELOPMENT CORPORATION and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SPANG, JR., Appellant.— Judgment of the Court of Special Sessions, convicting defendant of the crime of conspiracy, unanimously affirmed. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

CONCETTA RAGUSA, Respondent, v. PASQUALE J. IMPERATO, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

KATHLEEN VAN VLIET, Respondent, v. RAYMOND CORNELIUS VAN VLIET, Appellant.— Order granting motion for alimony pendente lite and for counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

MAZIE WARNER, Respondent, v. CAROLINE GOLDSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kapper, Rich, Hagarty, Seeger and Carswell, JJ.